FILED

JUN 2 4 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MOHAMEDOU OULD SLAHI**
Guantanamo Bay Naval Station, Cuba

Plaintiff,

v.

**U.S. DEPARTMENT OF DEFENSE**
Washington, DC,

Defendant.

Case: 1:08-cv-01082
Assigned To : Robertson, James
Assign. Date : 6/24/2008
Description: FOIA/Privacy Act

## COMPLAINT

1. This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 et seq. as amended, for the disclosure of agency records defendant U.S. Department of Defense has improperly withheld from plaintiff Mohamedou Ould Slahi.

### Jurisdiction

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 28 U.S.C. § 1331.

### Venue

3. Venue is proper under 5 U.S.C. §§ 552(a)(4)(B) and 28 U.S.C. § 1391.

**RECEIVED**

JUN 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Parties

4. Plaintiff Mohamedou Ould Slahi is a thirty-eight year old citizen of Mauritania who is imprisoned at Guantanamo Bay Naval Station. He was arrested in Mauritania on November 20, 2001, and was rendered to Jordan on November 28, 2001. On July 19, 2002, he was rendered to Bagram Air Force Base in Afghanistan. On approximately August 4, 2002, he was rendered to Guantanamo Bay, where he remains imprisoned.

5. Department of Defense (DoD) is an agency within the meaning of 5 U.S.C. § 552(e). DoD has held Mr. Slahi in its exclusive custody since at least July 19, 2002, when he arrived at Bagram Air Force Base.

## Statement of Facts

6. In March 2005 counsel undertook to represent Mr. Slahi by filing a petition for a writ of habeas corpus in this Court (No. 05-cv-0569-JR). Since that date, he has been continuously represented by lawyers Nancy Hollander, Theresa M. Duncan, and Sylvia Royce. Counsel have visited and corresponded with Mr. Slahi pursuant to a series of protective orders designed to assure the proper handling of classified information.

7. DoD staffs a Privilege Review Team (PRT, or Privilege Team) pursuant to the protective orders which have been entered in the Guantanamo Bay cases. Under the protective order which governs Mr. Slahi's case in the Court of Appeals pursuant to the Detainee Treatment Act (C.A. No. 07-1185), the Privilege Review Team is responsible for

> representing and protecting the interests of the United States Government related to security and threat information. The DoD Privilege Team is authorized to review all communications specified in this order, including written

-2-

communications and other materials sent from Petitioner's Counsel to the Detainee. The DoD Privilege Team may not disclose a communication from Petitioner's Counsel to the Detainee other than information provided in a filing with the court and served on Government counsel, unless the disclosure of such information is authorized by this or another order of the court or by Petitioner's Counsel.

*Bismullah v. Gates,* 501 F.3d 178 (D.C. Cir. 2007).

The protective order which governs the habeas corpus cases[1] describes the duties of the Privilege Review Team in more detail. PRT duties include the handling of attorney-client mail and the classification determination of detainee communications and attorney interview notes. *In re Guantanamo Detainee Cases*, 344 F. Supp. 2d 174, 183-191 (D.D.C. 2004).

8. In a letter dated May 7, 2008, Mr. Slahi submitted a FOIA request to DoD for disclosure of Privilege Review Team records relating to him. Specifically, he requested all communications between the Privilege Review Team and other components of DoD about (1) him and his cases, (2) his lawyers, and (3) the classification of, or review process for, letters and notes submitted for privilege review by his lawyers. In a letter dated May 27, 2008, DoD acknowledged receiving the request on May 14, 2008. (Postal records indicate that the request was received on May 12, 2008, at the address given for DoD FOIA requests on the DoD website.) No further response has been received to date.

Cause of Action (FOIA)

9. Plaintiff repeats and realleges paragraphs 1 through 8. Defendant has failed to comply with the statutory time periods which govern FOIA requests. Therefore, DoD has wrongfully

---

[1] Mr. Slahi's habeas corpus case is in dismissed status, but in light of *Boumediene v. Bush*, 553 U.S. ___ (2008), counsel will be moving to reinstate it.

withheld documents from Mr. Slahi and Mr. Slahi has constructively exhausted all required administrative remedies.

10.     Mr. Slahi has a legal right under FOIA to obtain the information he seeks, and there is no legal basis for the denial of said right by DoD.

Prayer for Relief

WHEREFORE, Mr. Slahi respectfully requests that the Court:

(1) Order DoD to disclose all of the records immediately and in their entirety to him,

(2) Expedite this action pursuant to 28 U.S.C. § 1657(a),

(3) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d), and

(4) Grant such other relief as the Court may deem just and proper.

Respectfully submitted,

Dated: June 16, 2008

Sylvia Royce
DC Bar 924035
5505 Connecticut Avenue, NW #340
Washington, DC   20015
Tel: (202) 362-3445
Fax: (202) 686-4271
sylvia_royce@hotmail.com

>Nancy Hollander, *pro bono*
>Theresa M. Duncan, *pro bono*
>FREEDMAN BOYD HOLLANDER
>     GOLDBERG & IVES P.A.
>20 First Plaza, Suite 700
>Albuquerque, NM 87102
>(505) 842-9960; (505) 842-0761 (facsimile)
>nh@fbdlaw.com
>tmd@fbdlaw.com
>
>Counsel for Plaintiff

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| **I (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Mohamedou Ould Slahi | Department of Defense |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 99999 (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| Pro SE (PR) | |
| **(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | AT Case: 1:08-cv-01082  Assigned To : Robertson, James  Assign. Date : 6/24/2008  Description: FOIA/Privacy Act |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

☐ E. *General Civil (Other)*    OR    ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br><br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** 0   Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☒ YES  ☐ NO   If yes, please complete related case form.

DATE 6/24/08   SIGNATURE OF ATTORNEY OF RECORD  NCD

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet These tips coincide with the Roman Numerals on the Cover Sheet

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C , and 99999 if plaintiff is outside the United States

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT· The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case

VI.  CAUSE OF ACTION· Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

i:\forms\js-44.wpd